NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE MSTG, INC.,**
*Petitioner.*

---

Miscellaneous Docket No. 996

---

On Petition for Writ of Mandamus to the United States District Court for the Northern District of Illinois in case no. 08-CV-7411, Judge Edmond E. Chang.

---

**ON PETITION**

---

## ORDER

Upon consideration of MSTG, Inc.'s unopposed motion for a three-day extension of time, until August 30, 2011, to file a reply to its petition for a writ of mandamus,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 2 5 2011**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Christopher J. Lee, Esq.
     David T. Pritikin, Esq.
     Clerk, United States District Court Northern District
Of Illinois

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

AUG 2 5 2011

JAN HORBALY
CLERK